UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-cv-23378-JLK

GEMB Lending, Inc.,

    Plaintiff,

vs.

DENNY VALLADARES,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANT DENNY VALLADARES

THIS CAUSE comes before this Court upon Plaintiff's Motion for Final Default Judgment against Defendant Denny Valladares, pursuant to Federal Rule of Civil Procedure 55(b).

A Verified Complaint was filed against Defendant on December 27, 2007. The Defendant, Denny Valladares, failed to serve the appropriate Motion or responsive pleading within the time prescribed by law. This Court issued an Order Entering Default against Defendant, Denny Valladares, on February 27, 2008.

Plaintiff filed its Motion for Final Judgment By Default against Defendant Denny Valladares, on or about April 11, 2008.

Accordingly, after careful review of the record and the Court being otherwise fully and duly advised in the premises, it is:

ORDERED AND ADJUDGED that:

1.    Plaintiff's Motion for Final Judgment By Default against Defendant Denny Valladares, is hereby GRANTED.

2. Plaintiff, GEMB Lending, Inc., located at 3353 Michelson Drive, 2nd Floor, Irvine, CA 92612, is hereby granted final judgment against Defendant Denny Valladares, in the amount of One Hundred Five Thousand Six Hundred Thirty Nine and 51/100 US Dollars ($105,639.51) plus accruing interest at the per diem rate of Twenty One and 20/100 US Dollars ($21.20), attorneys fees, costs and expenses.

DONE AND ORDERED in Chambers in ~~Fort Lauderdale~~ Miami, Florida, this 15th day of April, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Robert D. McIntosh, Esquire
Denny Valladares